UNITED STATES DISTRICT COURT
DISTRICT OF Columbia
Clerk of Courts
Complaint

FILED
SEP 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:07-cv-01667
Assigned To: Collyer, Rosemary M.
Assign. Date: 9/20/2007
Description: PI/Malpractice

740 674-6918
DIXIE GRALey Brumlow
2800 Milum DR NW
Lakeport Florida
LT 40
OLD ADDRESS

NEW ADDRESS
10206 S River Rd
McConnelsville OH
43756

Date Recieved - on Back page
July 26, 2006
Nancy Mayer Worthington Clerk
US District Court

VS

GRAHAM + Graham Law Firm
17 N 4th ST 3rd Floor
Zanesville, OH 43701

I sent my Lawsuits, Class Action Lawsuit, Bobby Brumlow Estate
Victum of CRIME, Movies + Inventions, Land Contract Lawsuit
To Graham + Graham Law Firm.
They sent them To The Muskingum County Grievance
Comitee - OHIO, I never ask them To send The Lawsuits
+ Bobby Brumlow Estate, Victum of CRIME, Class Action
Lawsuit, Land Contract Lawsuit, Movies + Inventions
To The Muskingum County Grievance Comittee, OHIO
Then They was Sent To Susan Small - Zanesville OHIO
GRAHAM + Graham Law firm Ruin All my Lawsuits And
Bobby Brumlow Estate, Class Action Lawsuit,
Sue for 200,000 Dollars, for - Ruin All my Lawsuits
Sue To Get All my Lawsuits Back And Bobby Brumlow Estate
And Land Contract Lawsuit, Movie + Inventions,
Class Action Lawsuit And Victum of CRIME, And
file And Pay for All Fees for Attorneys.
Graham Graham Sue for Property Pensions And Eaglesticks golf
Course Jack McClelland was also involved in the
Victum of CRIME in Zanesville, OHIO  Dixie Graley Brumlow
Sue Graham + Graham Law firm For Property Pension
Law firm.
Make Graham + Graham Protect me from Any
future Lawsuits + So No one can Sue me,

1

Sue to make Graham + Graham Law firm, to Sue Attorney Mike Lowe to File And Pay for All the Lawsuits he has, Bobby Brumlow Estate, Class Action Lawsuit, Victum of Crime Movies + Inventions, Land Contract Lawsuit
Sandy Chapplle had a hore house — Stanley Chapplle Buyer
Cris Baer Lawsuits — Mike    Dixie Graley Seller
Mary Brumlow Roger Vest stole Bobs Lowe has And Also
Dixie Graley Brumlow property
Lawsuits And Lawsuit-Complaint
To See if the Mariage is Legal
Dixie Graley - Paul Russell
he tried to take my property
He said I would go to hell if I din't get Married. I Dixie Graley have to know it
I can draw my pension from LTV Steel
Graham + Graham Attorney Mike Lowe has Information
Sue for Pension Property, $200,000 for Restition

I Paid Attorney Mike Lowe $2500 to Settle Bobby Brumlow Estate Victum of Crime Class Action Lawsuit, Lawsuits — UZAN Bank Acc All Part of Bobby Brumlow Estate Senior Center Acc, Dixie Graley Dixie Graley — Land Contract Lawsuit
He never Settled the Estate
He never Answerd my Letters
Contact By Mail  4-18-07 - 5-16-07
5-18-07 - 6-6-07

GRAHAM & GRAHAM LAWFIRM

Land Contract Lawsuit – $8,000 was given to Bobby Brumlow He bought a Trailer Then it was in Stan Nam.

Stanley Chapplle stole 6 guns and Gravely Tractor, Threat To kill me – Dixie Graley Sheriff Report Musk Co Oh Sheriff Dept

Sandy Chapplle stole Stove Ref Washer Dryer – Desk – Dresser Blond – File Cabinet-Records Bed-King Size – Dresser & Chest – TV Furn Curtains for the Whole House – Sail Boat Painting Picture of Mother Law

Stanley Chapplle stole Welder – Air Tank Table Drill Table Grinder – Cutting Torch Report from Dixie Graley – Musk River Camp & Marina

Stanley Chapplle Tore the Front Porch off – Pay for Damage
Get all the Stolen Property Back
Proscute To the Law.

Sandy & Stan Chapplle Threat to kill me and Burn my office Trailer Down and Rob (me) Dixie Graley – Muskingum River Camp & Marina Sue for Pension Boat & Truck for Restitution Stanley Chapplle filed Bankrupcy Chapter 7 when the Land Contract said they couldn't file. Stanley Chapplle has to pay all legal Fees. & Realestate Taxes $1200. Back Pymts Acording to the Land Contract.

He tried to sell the property without permission from me Dixie Graley – the Contract said he had to get permission. Findess Realty tried to sell and Force me t sign Final Papers for the Final Sale, Oron Ross said that the House was going to be Burn Down By Them, Back Pymts – $6,000 – $3600 – Sandy Chapplle put in Bobby Brumlow CK Account She signed the checks with Staney Chapplle Name

SUE FOR LOT 40 2800 MILUM DRIVE LAKEPORT FLORIDA FURN. TRAILER & ATTACHMENT GLADES CO 09 CUEST STOLE FROM ME DIXIE GRALEY - GET THE PROPERTY BACK

MARY BRUMLOW - WOULDN'T LET ME GO TO THE FUNERAL ROGER LOCK ME OUT OF TRAILER WHEN BOBBY BRUMLOW DIED

PART OF BOBBY BRUMLOW ESTATE AND

VICTUM OF CRIME - DIXIE GRALEY BRUMLOW CRIME AND CAMERA AND INTERNET AND Illegal Activity on the MUSKINGUM RIVER CAMPGROUNDS AND MARINA DIXIE GRALEY OWNOR (Also House & Lodge & illegal Use of Intelligence Equip from Theft of US Government Equip Used to Blind DIXIE GRALEY LASER Levitation imaging AND Equip to take DIXIE GRALEY Thoughts from her Tapes on office TRAILER Phone & Microphones AND Cameras IN TRAILER Office. STANLEY CHAPPLE - HORE HOUSE ON LAND CONTRACT PROPERTY - DIXIE GRALEY Seller MAKE MIKE LOWE (SUE) MARY BRUMLOW ROGER VEST THRESA VEST TONYA VEST FRED AYERS KAREN AYERS BUTCH & DARLENE BROWN FW E 8th Oechobee FW LOIS EIOLLET RONKE VA - PART OF VICTUM OF CRIME THEY TRIED TO STOP ME FROM Settling BOBBY BRUMLOW - ESTATE

I DIXIE GRALEY BRUMLOW AM THE Wife & CARETAKER & ADMINSTRATOR    BARN - FURN TRAILER

MARY BRUMLOW ROGER VEST STOLE THE PROPERTY FROM DIXIE GRALEY 9285 S RIVER Rd McCONN OH 43756 ROGER VEST STOLE LOWES BOAT, TRAILER, MOTOR - OHIO FROM DIXIE GRALEY AND ALL BOBBY BRUMLOW TITTLES & Deeds FRED & KAREN AYERS STOLE $80,000 FROM ME DIXIE GRALEY MAKE THRESA VEST FIX DIXIE GRALEY CREDIT RATING AND GIVE ME $400,000 FOR DAMAGE

Get All the property & Money Back for DIXIE GRALEY
PARK NAT BANK $100,000 GOES TO DIXIE GRALEY - MARY BRUMLOW NEVER CHANGED BEFORE BOB-Died
CD PATASKIA - BOBBY BRUMLOW - KIRKERVILL OHIO, GOES TO
GRAVE LOT 102 - 2 GRAVES DIXIE GRALEY
E 8th ST Oechobee PROPERTY - FURN DIXIE GRALEY
FLORIDA TRAILER GOES TO DIXIE MARY NEVER CHANGED AFTER BOB-Died

SUE FOR PENSIONS PROPERTY 30 Million DOLLARS - DUNG PLAYERS LOUNGE FAIS
PROSCUTE TO THE LAW DIXIE GRALEY BRUMLOW OHIO

(SUE FOR 200 MILLION DOLLARS - PROPERTY - PENSIONS
ATT~~~~~~~~~~ STOCKS - BONDS + VEHICLES
SUE All Those INVOLVED IN CRIME AGAINST
CLASS ACTION LAWSUIT                DIXIE GRALEY BRUMLOW
(GRAHAM  MAKE ATTORNEY~~~~~~~~~~~~~~~~~~~ — PART OF
& GRAHAM  SUE All Those INVOLVED IN THE (BOBBY BRUMLOW ESTATE
LAW FIRM VICTUM OF CRIME — DIXIE GRALEY-BRUMLOW
MIKE HADDOX       (AGAINST her)    LEONA MARRIA ESTATE
  CLERANCE FISHER                                    WESTER
ESTATE MARY BRUMLOW - 3 girls + GRANDCHILDREN
DR KALCHICK MARY BRUMLOW  STANLEY CHAPPLE FIRE & OTHER
DR WEIR  ROGER VEST  Roseville Church of Christ-pres DEPT INS
                                    THRESA VEST  TONYA VEST
WALKER SANDY CHAPPLE FRED AYERS KAREN AYERS
MOUNTAIN                       ATTORNEY CRIS ~~BAER
WVA   LOIS EILLIOT VA BUTCH AND DARLENE BROWN FN
MIKE GRALEY                        JOYCE WOFTER + MOTHER - SISTER
+ WIFE  MARGIE SCHOOLEY  PAUL SCHOOLEY ~~~~~
                                                        FINDESS
TIM GRALEY ~Talbert~ TERRY TALBERT LINDA TALBERT REALITY
RUBY MISTER TAWYNA NACE PHILIP NACE JOHNNY BARNHART
+ DONNIE AMY ABRAM MICHELLE GORHEA = NC HAROLD BARNHART
DAVE       BROCK NACE                                JR + WIFE
GRALEY JANE BARNHART LACY TIPTON JAMIE TIPTON JOYCE
+ WIFE        DEBRA HOY + children  DEBRA TALLEY - HUSBAND HADDOX
CHARLES MILDRED TALBERT ~~~~~~~~~~ FRANK MAPLE
           LAW FIRM GRAHAM + GRAHAM   NANCY - STONEBURNER
GRALEY JANET MAPLE, HOMER MAPLE + WIFE KALA CHAMBERS
                                                                  JUDY GEE
FOSTER JOAN HIGGBOTTOM + SON, HARRY RUSSELL, PAUL RUSSELL
CAMPBLE                                                    KOEHLER
+ WIFE   JUDY LEWIS + HUSBAND   SUE + JOHN HABASKI - REALITY
+ CHILDREN LES AND DENISE ARMSTRONG + SONS + DAUGHTER + RIVER LOTS
CODY    JULIE ALBUM + PARENTS, MIKE OBRIAN MR + MRS JACK PENNYBAKE,
CAMPBLE    JANET + LARRY MANN   MIKE ADAMS AND WIFE
+ WIFE
        BILL + JUDY ADAMS - SAM + SHARON (CABLE) SUSAN HARRIS -
PHIP  TREE OF LIFE - CHURCH - WILDWOOD CHURCH OF CHRIST
MAYARD  WORD CENTER CORNERSTONE CHURCH + MEMBERS
+ WIFE
JULIA  BUSH CREEK CENTER - SENIOR CENTER - WEST MAIN
WALSH  SENIOR CENTER - SUNRISE ZANESVILLE OHIO DICK + DONNA
KEVIN  BETTY TILLEY + HUSBAND  RUTH HAMMOND FRANK CAWGEE
SIMSON  OSBUND FAMILY - SENIOR CENTER WEST MAIN ZANESVILLE
JOAN HIGGBOTTOM D + D MARINA, RIVERVEIW CAMPGROUNDS, GREEN ACRE
+ SON  WALLMART - 2 STORES  PIC + SAVE 2 STORES - ZANESVILLE OHIO
       CRYSTAL TALBERT, CHANDRA TALBERT JIM SWARTZ + WIFE
  JACK MCCELLAND, ROSE FOX LAW FIRM GENIS HOSP K-MART STORE

Class Action Lawsuit District of VA
Brunlow

Search Walker Mountain WVA

Jim Stewart + wife
Search Duncan Falls OH

MR + MRS JACK Penny Baker
10201 S RIVER RD
McConnesville OH 43756

Sandy Chapple
5725 Limestone Valley
Zanesville OH 43701

Tawyna Nace
5725 Limestone Valley
Zanesville OH 43701

Wes Elson
5725 Limeston Valley
Zanes OH 43701

Stanley Chapple
5725 Limestone Valley
Zanesville OH 43701

Philip Nace
5725 Limestone Valley
Zanes, OH 43701

Judy Lewis
295 Woodgrove
Grove City OH 43123

Amy Abram
5725 Limestone Valley
Zanesville OH 43701

Brock Nace
5725 Limestone Valley
Zanes OH 43701

Steve Lewis
295 Woodgrove
Grove City OH 43123

Michelle Gorhea
5725 Limestone Valley
Zanesville OH 43701

Mildred Talbert
5420 Center Rd
Philo, OH 43771

Julie Album
+ Parents
3117 Ellis
Col, Ohio 43204

Terry Talbert
5420 Center Rd
Philo OH 43771

Cody Campbell
9285 S River Rd
McConnesville, OH 43756

Linda Talbert
5420 Center Rd Philo OH 43771

Foster Campbell
9285 S River Rd
McConnelsville, Ohio 43756

Mike O'Brian
9285 S River
McConn, OH 43756

Chrystal Talbert
5420 Center Rd Philo, OH 43771

Betty Tilley
7255 E Pike OH 43701
Zanesville

Chandra Talbert
5420 Center Rd Philo OH 43771

Billy Tilley
Jim
Coopermill - Zanes OH

Jack Penny
826 Wayne
Zanes OH 43701

Margie Schooley
5725 Limestone Valley
Zanesville OH 43701

Dick Gee
c/o Tansky
3260 Maple - Zanes OH 43701

John Kabasky
501 Wadsworth
Ohio 44281

Paul Schooley
5725 Limestone Valley
Zanesville OH 43701

Donna Gee
c/o Tansky Zanes
3260 Maple OH 43701

Sue Kabasky
501 Wadsworth
Ohio 44281

Jane Barnhart
5725 Limestone Valley
Zanesville OH 43701

Connie Wise
Senior West Main
Center Zanesville OH 43701

Janet Mann
RT 4
McConnesville
OH 43756

Johnny Barnhart
5725 Limestone Valley Rd
Zanesville OH 43701

John Wise
Senior West Main
Center Zanesville OH 43701

Harold Barnhart
5725 Limestone Valley Rd
Zanesville OH 43701

Ohio Securities
826 Wayne Ave
Zanes OH 43701

Larry Mann
RT 4
McConnesville
OH 43756

Peggy Barnhart
5725 Limestone Valley
Zanesville OH 43701

Class Action Lawsuit — Dixie Graley Brumlow

WalMart + Tawyna Nace
2850 Maple Ave
Zanesville OH
43701

All Cig Companies
Co of Ohio Compsation

Bobby Brumlow Estate
Dixie Graley-Brumlow
Box 25 - 10200 S River Rd
Blue Rock, OH
43720

US Attorney
Cris Baer
777 Waggoner Rd
Reynoldsburg, Ohio
43068

Senior

Tansky Auto Sales
3960 Maple Ave
Zanes Ohio 43701

Gensis Hosp
800 Forest
Zanesville OH 43701

Lois Elliott - VA
c/o 3955 West Pike
Zanesville OH 43701

Butch Brown
E 8th St #41   Darlen Brown
Okechobee FL

Walmart Maysville
2850 Maysville
Zanesville OH
43701

K Marts
3515 Maple Ave
Zanesville OH
43701

K Marts
2770 Maysville
Zanesville OH
43701

James Micheli
3808 James Ct
Box 788
Zanesville OH
43701

Dr Weir - Gensis Hosp
800 Forest Ave
Zanesville Ohio 43701

Dr Buss - Health Park Medical Center
Fort Meyers Florida - 33901

Dr King - 200 N Maysville S Zanesville OH
43701

Pict Save
Zanes OH
800 Howard
Zanes OH
43701

Pict Save
2200 Parkway
Junes, Zanes OH
43701

Search

Harold Robbison
Lorain Ave Estate
Cleve Ohio

CLASS ACTION LAWSUIT

○ Graley Brumlee

Mike Adams + wife
10280 S River Rd
McConnesville OH 43756

Judy Adams
10280 S River Rd
McConnesville OH 43756

Bill Adams
10280 S River Rd
McConnesville OH 43756

Sharon Cable
10280 S River Rd
McConnesville OH 43756

Sam Cable Estate
10280 S River Rd
McConnesville OH 43756

River View Camp – 10425 Old River Rd
McConnesville OH 43756

Senior Center
1118 West Main Box 1361
Zanesville, OH 43702

Senior Center
1118 West (Sunrise) Main PO Box 1361
Zanesville OH 43702

UZAN – Bank
401 Main St
Duncan Falls 43734

Toni & Don Lewis
18900 Triplee Rd
Clermont FL 34711

Big Lake Bank
US 27 & 6th St
Moorhaven FL 33471

Jack Pennington
826 Wayne Ave
Zanes OH 43701

Susan Harris
3130 E Pike
Zanesville OH 43701

American General Finance + Tami
2780 Maple Ave
Zanesville OH 43701

Amerigas – 4520 Roseville Rd
Roseville OH 43777

Joan Higgonbottom + Son
6640 Rose Hill Rd
Roseville OH 43777

Frank Maple
3510 Ridge
Zanesville OH 43701

Janet Maple
3510 Ridge
Zanes OH 43701

Homer Maple + wife
3510 Ridge
Zanesville OH 43701

Bob Tucker + wife
3514 Ridge
Zanesville OH 43701

Frank Maple
3 Rentals
3510 Ridge
Zanesville OH 43701

Phil Mayard + wife
Repeat
Repeat

Cody Campble + wife
Repeat

Foster Campbell + wife

Julia Walsh
Search
Roseville, OH

Kevin Simson
Search
Roseville, OH

Bramlow

DJ Drive Through
454 Main St
Duncan Falls OH 43734

Henderson Vanatta
+ Johnson
285 E Main  Kirkersville
                OH 43033

Jerry Tucker
3590 Ridge Rd
Zanesville OH 43701

Green Acres
8635 S River Rd
Gaysport 43720

Church of Christ
Across from fire Dept
Roseville Ohio 43777

Denise Tucker
3590 Ridge Rd
Zanesville OH 43701

Third Federal
Search   Newark OH

Ruby Meister
c/o Wayne Dorain
6463 Shearborn Rd
Parma Heights OH 44130

Search  D+D Marina
Old River Rd
Zanesville OH 43701

DYER ~~Law~~

Donny Meister JR
c/o Wayne Dorain
6463 Shearborn
Parma Heights Ohio 44130

Sidwell Materials
4620 Limeston Valley
Zanes OH 43701

Carl Wilson Estate
6880 Old Town Rd
E Fultonham OH 43735

Mike Graley
c/o Wayne Dorain
6463 Shearborn
Parma Hts OH 44130

Finks Car Lot
2879 Maysville
Zanesville OH 43701

Carmella Wilson
6880 Old Town Rd
E Fultonham OH 43735

Nancy Graley
c/o Wayne Dorain
6463 Shearborn
Parma Hts Ohio 44130

Finks Harley Davison
2879 Maysville
Zanesville OH 43701

Worship Center
3130 East Pike
Zanesville 43701 Ohio

David Graley + Wife
c/o Wayne Dorain
6463 Shearborn
Parma Heights Ohio 44130

Northern Exposer
Blue Grass
Dick + Donna Gee
5720 Adamsville Rd
Zanesville OH 43701

Cornerstone Church
4509 Salt Creek Rd
Duncan Falls OH 43734

Lakeport RV Resort
2800 Milum Dr
Lakeport Florida 33471

Tree of Life
2220 Chanlersville Rd
Zanesville OH 43701

Park Nat Bank - Search
Pataskia Ohio

Class Action Lawsuit — Graley Brunlow

Charles Graley
c/o Wayne Dorain
6463 Shearborn OH
Parma Hts 44130

Timothy Graley + Friend
c/o Wayne Dorain
6463 Shearborn Parma Hts
Ohio 44130

Oran Ross + Wife
+ Children
10240 Center Rd
Philo OH 43771

Betty Wickam
+ Children
10240 Center Rd
Philo OH 43771

Lester Armstrong
+ Sons
10220 S River Rd
McConnesville OH 43756

Denise Armstrong
+ Daughter
10220 S River Rd
McConnesville OH 43756

5725 Nacy Tipton
Limestone Valley
Zanesville OH 43701

5725 Heather Tipton
Limestone Valley
Zanesville OH 43701

Jamie Tipton
Limestone Valley
Zanesville OH 43701

Attorney
Scott Hillis
825 Adair Ave
Zanesville OH 43701

Attorney
Don Del Ponta
320 Main St
Box 190
Zanesville OH 43702

Osban Family
Senior Center
West Main
Zanesville OH 43701

Kala Chambers
+ Ricky
1394 Cosgrave Ave
Zanesville, Ohio 43701

Wildwood Church
of Christ + Members
3510 Ridge - Frank
Zanesville OH 43701 Maple

Apostolic
Potts Church
2450 Maysville Pike - Zanes OH 43701

United
Methdost Church
296 Main
Duncan Falls
Ohio 43734

Cort Trust Bank
Search

First Pemiar Bank
Search

Household Bank
Search

DIXIE Graley
Brumlow

Ruth Hammon
810 Homeland Ave
Zanesville OH 43701

Eagle Sticks Golf
2655 Maysville
Zanesville Ohio 43701
Attorney
Rose Fox & Jetta
233 Main St
Zanesville OH
43701

Mary Brumlow
3955 West Pike
Zanesville OH
43701

Frank Caw &
Pat West
810 Homeland Ave
Zanesville OH 43701

Michelle Monty
233 Main St
Zanesville OH
43701

Roger Vest
3955 West Pike
Zanesville OH
43701

Attorney Mike Haddox
27 N 5th St
Zanesville OH
43701

Attorney Northrup
3808 James Ct
PO Box 788
Zanesville, OH 43701
Mike Sussman

Fred Ayers
3955 W Pike
Zanesville
OH 43701

Jack McCelland
2655 Maysville
Zanesville OH 43701

Reality
Home Opertunity
Joyce Haddox
1405 Maple Ave
Zanesville OH 43701

Karen Ayers
3955 W Pike
Zanesville
OH 43701

Reality
Koehler
1535 Maple Ave
Zanesville, OH 43701

Western & Sother
Life Ins
1206 Brandywine
Zanesville OH 43701

Thresa Vest
3955 West Pike
Zanes OH
43701

Nancy Stoneburner
1535 Maple Ave
Zanesville OH 43701

Endess Reality
24 N 7 St
Zanesville OH 43701

Joseph Massey
& Paralegal
30 S 4th
Zanesville OH 43701

Mary Ford
24 N 7 St
Zanesville OH
43701

Players Nite Club
4446 S River Rd
Duncan Falls OH
43734

Toyna Vest
3955 W. Pike
Zanes OH
43701

◯ Class Action Lawsuit     ◯ Dixie Oxley Brumlow

David Higginbotham
2480 Archer Ln
Zanesville, Ohio 43701

Ohio US
Bankrupcy Court
Col - Ohio

Joyce Woften
3505 E Greenwood
Zanesville Ohio 43701

Fred + Karen Ayers
Mary Brumlow
Children + Grand
4757 Refygee Rd Children
Hebron Ohio 43025

Debra Hoy - Gensis Hosp
800 Forest
Zanesville, OH 43701

Debra Talley + Richard
3325                Russell
Zanesville Ohio
       43701

Attorney Mike Lowe
100 S Kennebec
McConnesville OH 43756

Judy Gee
5720 Adamsville Rd
Zanesville OH 43701

c/o Paul Russell
Harry Russell
10206 S River Rd
Box 25 Blue Rock OH 43720

Lee Maria Estate
Rt 1
East Fultonham OH, 43735

Paul James Russell
10206 S River Rd
Box 25 Blue Rock, OH 43720

Ola Denis Estate
Rt 1 E Fultonham, OH
        43735

Paul J Russell
10206 S River Rd
Box 25, Blue Rock OH 43720

George Carter
+ Marie Carter
10206 - S River Rd
McConnesville OH 43756

Paul Russell
10206 - S River Rd
Box 25
Blue Rock OH 43720

Clarance Fisher
+ Son
Rt 4 - S River Rd
McConnesville OH 43756

GRAHAM + GRAHAM Law firm

Bobby Brumlow Estate
Birth 10-19-41
Death 7-13-2003

Wife DIXIE Graley Brumlow
And Caretaker Birth 8-1-40



Bobby Brumlow was manager of Muskingum River Campgrounds and Marina. He died of Cancer. He was also Dixie Graley Personal Advisor

Property / Stoker Table
9285 S River Rd McConnesville OH
1 1/2 acre - Trailer - Porch - Barn Tools - Furn

E 8th St - Oechebee Florida
Trailer - Property - Furn - 2 Buildings Attachment

$100,000 CD Pataskla Ohio
   Park Nat Bank

$80,000 Dixie Graley had - Fred Ayers
           Stole from her

1. Lowes Boat, Traiter, - Motor - OH
   Roger Vest stole from Bobby Brumlow
Also Stole Tittles + Deeds + Recypts

Lot 102 - 2 Graves Kirkersville Ohio

1 Trailer + Attachment - Furn Glades Co Florida
Was in Dixie Graley Name Lot 40 2800 Milum Dr
Belongs to Dixie Graley Lakeport Florida
Roger Vest Stole Property after Bobby
Brumlow Died - About Feb 2004.
Roger Vest Refused to give all the Deeds
+ Tittles + Recypts to Bobby Brumlow Before
He Died.

Bobby Brumlow Will

Birth 10-19-1941

1 1/2 Acre - Musk Co, Ohio

Property 9285 S River Rd And Trailer McConnesville, OH Fur + Barn - Tools

Put All my Property in Dixie Graley Name - 7-9-03

Trailer + Attachment - E 8th St Oechobee Florida Furn + Build

Make Thresa Vest fix Dixie Graley Credit And Give her $300,000.

Lowes Boat Trailer + Motor - Goes To Dixie Graley

100,000 CD Park National Bank - Goes To Dixie Graley
Pataskla OH

$80,000 Cash goes To Dixie Graley for my Care
Fred Ayers Stole

1 Stoker Table

Lot 40 Trailer And Attachment And Furn + 1 Stoker Table - Goes To Dixie Graley

2800 Milum Dr Lakeport Florida Glades Co - Goes To Dixie Graley

Grave lot 102 - 2 Graves Kirkersville OH Henderson Vanetta Goes To Dixie Graley Johnson

6 Guns + Gitar goes to Dixie Graley Clothes And Household Goods

2001 Chevey Truck was sold to Carl Wilson Jr

Dixie Graley Witness
Lloyd Graley POA
Dixie Graley

All my Property Goes To Dixie Graley Before I Die.

Give Property To Dixie Graley 7-9-03

Bobby Brumlow
Dixie Graley P.O.A.
7-9-03

① Put All Toni & Don Lewis Property in Dixie Florida, Graham & Graham Graley ② Name

Make Attorney ~~give~~ give Every Thing to Dixie Graley

Bobby Brumlow Will

I leave every thing to my wife & Care Taker Dixie Graley Brumlow. I leave $1.00 Apiece to Terry Brumlow I leave $1.00 Apiece to Terry Brumlow And Bobby Brumlow JR.

I am of Sound Mind. My children can't be Located

Bobby Brumlow
Dixie Graley POA
6-30-03

Also - Recieved $2500 from Dixie Graley for Lowes
Pay Dixie Graley $48,000 Loan to Boat Trailer-Motor Dixie Graley. That I owe her.

I owe Dixie Graley $13,000 for the pay off of Ex Wife Mary Brumlow Credit Cards.

I owe Dixie Graley $35,000 for the Pay off from My Divorce from Mary Brumlow

Mary Brumlow - Divorce June 28, 2002 vs Bobby Brumlow

I Also owe $1,000 to Dixie Graley for Attorney Fees to Mike Lowe

Bobby Brumlow
Dixie Graley POA.
6-30-03

① Make Graham & Graham get all the property back and put in Dixie Graley name ①

Mary Brumlow - Roger Vest stole all Bobby Brumlow Property, Trailer, Boat - Motor, Trailer 9285 House Trailer    Jones - Barn - Furn
S River Rd McConnersville - Boat / Stoker Table
Before Bobby Brumlow Died   Mary Brumlow Stole
Get all the property back and give to Dixie Graley Brumlow

Fred Ayers stole 80,000 from me at his house   Get the money back   Dixie Graley
Give it to Dixie Graley

Roger Vest stole (Lt 40 from me Theresa Vest Dixie Graley) Trailer and Furn attachment. 2800 Milum Drive Lakeport Florida  Get it back and make them pay Taxes & Rent for 20 years

Mary Brumlow gave Bobby Brumlow Sleeping Pills before he died and also tried to kill him and Dixie Graley. She slapped Dixie & tried to wreck the truck Dixie was driving.

Roger Vest locked me Dixie Graley out of the trailer that I lived in after Bobby Brumlow Died. 7/13/03 Mary Brumlow said I couldn't go to the funeral

Make Theresa Vest Fix Dixie Graley Credit and give her $300,000
Proscute to the law.    Dixie Graley Brumlow
11-4-05 Administrator of Bobby Brumlow Estate

DIXIE GRaley Brumlow & Bobby Brumlow ESTATE

Page 1. DIXIE GRaley (Brumlow)

$ 902. Social Security
$ 72.50 Pension

The date that this case Recieved July 26 2002
CLERK US DISTRICT COURT
NANCY MAYER Worthington

Part of Bobby Brumlow ESTATE
Sue for 200 Thousand Dollars
FOR RUIN my Lawsuits
GRaham & Graham sent All my Law suits to GRIEVANCE MUSK CO-OH

Also SUE The Graham and Graham Law Firm
FOR RUIN my ACCIDENTS

SUE TO victum of CRIME Bobby Brumlow ESTATE CLASS ACTION LAWSUIT

SUE GRAHAM Get All my Law suits Back from GRAHAM
MUSKINGUM CO GRIEVANCE Comittee - Muskingum Co, OHIO
SUSAN Small Zanesville, OH

Bobby Brumlow Estate
CLASS ACTION LAWSUIT Victum of CRIME 2 ACCIDENTS

MAKE GRAHAM & GRAHAM Law firm get
Lawsuits BACK AND file AND Pay for them
CLASS ACTION LAWSUIT - Bobby Brumlow ESTATE
Protect me (DIXIE GRaley) Brumlow from
Any Lawsuits Against me in the future.

SUE for JACK MCCelland Eaglesticks gulf course
MAYSVILLE, S. Zanesville OH

Sue for All Property, Pensions, All Money, GRAHAM & GRAHAM LAW FIRM -
FOR Restitution
SUE for $200000

No Attorney
I can't get an Attorney in OHIO
Old Adress 6740 2800 Milumor Lakeport Florida

Dixie Graley Brumlow
DIXIE GRaley Brumlow
10206 S River Rd  -740-674-6918
MCCONNESVILLE OHIO
43756

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS** DIXIE GRALEY BRUMLOW 88888

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** GLADES CO
(EXCEPT IN U.S. PLAINTIFF CASES)
PRO SE N/P    FLORIDA

**DEFENDANTS** GRAHAM & GRAHAM LAW FIRM

MUSK CO
**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** OH-
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
10206 S RIVER ROAD
MCCONNESVILLE, OHIO 43756

Case: 1:07-cv-01667
Assigned To : Collyer, Rosemary M.
Assign. Date : 9/20/2007
Description: PI/Malpractice

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**
☒ 410 Antitrust
Professional Tort

**☒ B. Personal Injury/Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

①

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

28 USC 1346

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Graham + Graham - Sent All my Lawsuits to an agrivance Committee and I never told them to (Professional Tort)

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $** _____   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☐ NO   If yes, please complete related case form.

**DATE** 9-20-07   **SIGNATURE OF ATTORNEY OF RECORD** - No Attorney Dyke Graley Brumlow

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

**RECEIVED**
**SEP 2 0 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

N:\forms\js-44.wpd