UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF
DIXIE GRALEY BRUNLOW

VS

GRAHAM & GRAHAM
LAW FIR
DEFENDANT

CIVIL ACTION
: 1:07CV-01667
RMC
9/20/2007
PERSONAL INJ
MAL PRACTICE
RECIEVED July 26
2006
CLERK
NANCY MAYER
WORTHINGTON
US DISTRICT
COURT

AFFIDAVIT OF SERVICE

I DIXIE GRALEY BRUNLOW hereby
declare That on ___ DAY OF ___
20 ___ , I mailed a copy of the SUMMONS
AND Complaint Certified mail Return
Recipt - Requested To The GRAHAM & GRAHAM
Law firm Attached here To is The CERTIFIED
GREEN CARD ACKNOWledging Service.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

...cle Addressed to:

Graham & Graham
7. N 1st 3rd Floor
ZV CH.o    43701

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Lori M Miller_    ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
_Lori L Miller_      2 26

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchan
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

...rticle Number
(Transfer from service label)    7005 1160 0001 3955 5879

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

# RECEIVED

SEP 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

740-674-6918
Dixie Graley Brunlow
DIXIE GRALEY BRUNLOW
10206 S River Rd
McConnesville, OH 43756