United States District Court
of the District of Columbia

DIXIE GRALEY BRUMLOW )   Civil Action
v )   1:07-CV-01667
GRAHAM + GRAHAM )   RMC
 )   Assigned Date
 )   9-20-2007
 )   Description
 )   Personal Injury
 )   Malpractice
 )   Recieved July 26 2006
 )   Clerk - Nancy Mayer Worthington
 )   US District Court

Certificate of Service

I hereby certify on the Sept 24, 2007 a copy of my Complaint + Summons was mailed to all defendants at the following address. — Certified Mail. I all ready sent the green card to you.

17 N 4Th ST 3RD Floor
Zanesville, Ohio
43701

Defendant
Graham + Graham Law Firm
17 N 4th St 3rd Floor
Zanesville Ohio
43701

RECEIVED
SEP 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Old Address
2800 Milan Dr
Lakeport Florida

Dixie Graley Brumlow
Dixie Graley Brumlow
10206 S River Rd
McConnesville OH
43756