IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DIXIE GRALEY BRUMLOW, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRAHAM & GRAHAM CO., LPA, )<br>)<br>Defendant. ) | Case: 1:07-cv-01667-RMC |

### LCvR 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

I, the undersigned, counsel of record for Graham & Graham Co., LPA, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Graham & Graham Co., LPA, which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

GRAHAM & GRAHAM CO., LPA

By: _____/s/_____
    Counsel

Megan S. Ben'Ary (D.C. Bar No. 439340)
LeClairRyan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
703-684-8007
703-684-8075 (facsimile)

Of Counsel:

Charles M. Sims
LeClairRyan, A Professional Corporation
951 East Byrd Street
Eighth Floor
Richmond, Virginia 23219
804-343-5091
804-783-7655 (facsimile)

*Counsel for the Plaintiff*

## CERTIFICATE OF MAILING

I hereby certify that a true copy of the foregoing was mailed, postage prepaid, to the Plaintiff, Dixie Graley Brumlow, 16206 S. River Road, Ohio 43756, this 15th day of October, 2007.

```
                              _____/s/_____
                              Megan S. Ben'Ary
```