IN The United STATES DISTRICT COURT
DISTRICT of Columbia

1667

DIXIE Graley Brumlow
Plaintiff

Case 1:07-cv-01667-RMC

V

GRAHAM + GRAHAM Co L.P.A.
LAW firm

MOTION NOT TO DISMISS

This is not the case that was heard in 2007 in Common Pleas Court. This case was filed July 26, 2006 - Recieved Nancy Mayer Worthington Clerk U.S. District Court 1 year before the case

March 5, 2007 - Court of Common Pleas Court
Case No 2007-0142

I wish for Graham + Graham Co LPA Law firm Pay for Court Cost + Attorney Fees

Graham + Graham Law firm Co LPA never sent Motion To Dismiss to Plaintiff until Oct 15, 2007 and The Recieved Service on Sept 24, 2007.

Plaintiff is not trying to relocate to federal This was a lawsuit in July 26, 2006 Before The 2007 Lawsuit.

**RECEIVED**

OCT **1 9** 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sue Graham & Graham To Sue Attorney Mike Lowe To Settle Bobby Brumlow Estate, Victum of Crime Lawsuits, Class Action Lawsuit, Movies And Inventions, Land Contract Lawsuit, Cris Baer Lawsuits, Pay All Attorney's fees And Court Costs, And Sue for All money, Pension, Property, $200,000 for Restitution.

Sue Graham and Graham To Settle Bobby Brumlow Estate, Victum of Crime Class Action Lawsuit, Lawsuits, Movies And Inventions, (And All These ~~are~~ ARE The ones That was Sent To Muskingum Grievance Committee Muskingum Co Ohio, Was Forwarded To Susan Small - Zanesville Ohio I Dixie Graley-Brumlow Never Asked Them To Send The Lawsuits And Bobby Brumlow Estate Movies & Inventions To The Musk Co Grievance Committee, Ohio. Get All of Them Back File And Pay for Them. Sue Graham & Graham, For All money, Property Re Estate, $200,000 for Restitution, And Law firm, Graham & Graham. And Every Thing in Complaint

(margin note: Victum of Crime Class Action Lawsuit)

## CONCLUSION

For the reasons I submitted the Court should not dismiss Plaintiffs complaint, Wherefore, Defendant Graham & Graham Co Law firm LPA should pay Court Costs and Attorneys Fees And the Complaint of Plaintiff should not Be Dismissed

Together with such other and further Relief As the Court May deem just And Proper

2800 Milum DR
Lakeport, Florida
Old Address

Dixie Graley Brumlow
DIXIE Graley Brumlow
10206 S River Rd
McConnesville OH
New Address    43756

# GRAHAM & GRAHAM
## LAW FIRM

Commemorating
Three Quarters of a Century
of Trial Practice

JAMES F. GRAHAM
CLAY P. GRAHAM
ROBERT P. GRAHAM
DAVID A. GRAHAM

STEPHEN R. McCANN
J. WILLIAM MERRY
DEAN L. WILSON

GARY M. SMITH
AMY E. GULLIFER
KATHERINE M. BARCLAY

CLARENCE A. GRAHAM
1892-1979
ERNEST B. GRAHAM
1900-1986

JACK J. McCLELLAND
JAMES W. RANSBOTTOM
OF COUNSEL

February 17, 2006

Jeff Pattison, Esq., Chair
45 N. 4th St.
Zanesville, OH 43701

Re:   Muskingum County Certified Grievance Committee

Dear Jeff:

Mr. Graley delivered the enclosed materials to our office on February 16, 2006.

Very truly yours,

/s/

Elaine A. Hurt
Paralegal

RPG:eah
Encls.

cc:   Dixie Graley

Graham + Graham Law Firm

Dear Paralegal

Please see if you can get copies of all the records that you sent to Muskingum County Grievance Committee as they are part of all my lawsuits and Bobby Brumlow Estate Attorney Mike Lowe is holding all my records and I have a lawsuit against him with your firm in Dixie Graley Brumlow Lawsuits —

You have my permission to get all the copies of them    Dixie Graley

2-27-06

Dixie Graley Brumlow 3-30-07

Bobby Brumlow Dixie Graley POA 6-30-03

Bobby Brumlow Estate
Land Contract Lawsuit
Stanley Chapple - Buyer
Dixie Graley Seller

2 accidents - Dixie Graley
Senior Center West Main
Zanesville Ohio
Uzan Bank - Duncan Falls Ohio
Huntington Bank Shares
269 Maysville Zanesville OH 43701
All at Susan Small
office Zanesville OH
other Records

Lawsuits Against Several Attorneys
Victum of CRIME
Class Action Lawsuit
Lawsuits Against other People
Crime Report of other People

Records of Dixie Graley - Six Counties
Abuse   Brumlow crime against Dixie
Dixie Graley Brumlow Adminstrator of
Bobby Brumlow Estate - Muskingum Co Ohio
Dr King - Records
Dr Kalchick (Medical Records) Dr. Somple
S Zanesville OH  Dixie Graley   Zanesville OH

**MUSKINGUM COUNTY BAR ASSOCIATION**
**CERTIFIED GRIEVANCE COMMITTEE**
825 Adair Avenue
Zanesville, Ohio 43701

April 24, 2006

Dixie Graley-Brumlow
Box 25
Blue Rock, Ohio 43720

Dear Ms. Graley-Brumlow;

Enclosed you will find an additional five (5) copies of the Grievance Committee complaint form. You said that you sent the first copies I sent to you to an attorney to fill out. I am requesting that you fill the forms out yourself, since they need to represent your concerns and complaints. Of course, you may have someone assist you if you require assistance.

You asked in your letter whether the Grievance Committee would be handling your other concerns regarding filing a variety of malpractice suits, other lawsuits, and seeking victims of crimes assistance on your behalf. The Grievance Committee will not be handling any of those issues. We **do not** assist individuals, like yourself, to receive monetary compensation (which you refer to as "everything everyone has and Pensions and Restitution.") We will only be investigating any allegations of attorney misconduct that you bring to our attention, **not** seeking money on your behalf.

You might contact Southeastern Ohio Legal Services to determine whether they can assist you with Victims of Crimes applications. Any other actions you will probably have to address through an attorney, who you are able to meet with and who agrees to undertake representation of you in those matters.

I will also **not be** pursuing any actions on your behalf. If you would like I will return to you all of the information that was previously forwarded to me. Please let me know if you want me to return them to you.

Very truly yours,

*Susan E. Small*

Susan E. Small

# GRAHAM & GRAHAM
## LAW FIRM

*Commemorating Three Quarters of a Century of Trial Practice*

| | | | |
|---|---|---|---|
| JAMES F. GRAHAM<br>CLAY P. GRAHAM<br>ROBERT P. GRAHAM<br>DAVID A. GRAHAM | STEPHEN R. McCANN<br>J. WILLIAM MERRY<br>DEAN L. WILSON | GARY M. SMITH<br>AMY E. GULLIFER<br>KATHERINE M. BARCLAY | CLARENCE A. GRAHAM<br>1892-1979<br>ERNEST B. GRAHAM<br>1900-1986<br><br>JACK J. McCLELLAND<br>JAMES W. RANSBOTTOM<br>OF COUNSEL |

February 28, 2006

Dixie Graley Brumlow
10206 South River Road
P.O. Box 25
Blue Rock, OH 43720

Dear Ms. Graley Brumlow:

    I have reviewed all of the materials which you have provided. It is abundantly clear that you have a desire to file multiple lawsuits, against multiple people, over multiple issues. I regret to inform you that our office will not be able to accept your representation in any of these claims. On at least some of the claims, as you have described, there are persons that you have listed as defendants that this law firm has represented for a number of years. While I am not at liberty to share their identity, such a "conflict" precludes our office from getting involved in this matter.

    Because much of what you have provided for our review would appear to be "original documents" that you may need in the future, I have taken the liberty of having all of this material personally returned to you. Our office has retained none of your materials.

    I feel badly that we are unable to help you. I wish you well in your endeavor.

Very truly yours,

Robert P. Graham

RPG:eah
Encls.

SUE for LOT 40 2800 Milum Drive Lakeport Florida
FURN TRAILER + Attachment GLADES CO - Roger Vest Stole
FROM ME DIXIE GRALEY - Get The PROPERTY BACK
MARY BRUMLOW - wouldn't let ME Go to the FURN ET - Bobby Brumlow
ROGER lock ME out of TRAILER when Bobby Brumlow DIED 7/13/03
Vest SUE GRAHAM + GRAHAM to settle
SUE   Bobby Brumlow Estate AND
ALSO Victum of CRIME - DIXIE GRALEY BRUMLOW
Bobby           IN OHIO - PART of Bobby Brumlow
BRUMLOW CRIME AND CAMERA AND INTERNET AND ESTATE
ESTATE Illegal Activity on The MUSKINGUM RIVER
All Those CAMPGROUNDS AND MARINA DIXIE GRALEY
INVOLVED OWNOR (Also House + Lodge + Illegal use of
IN CRIME Intelligence Equip from theft of US Government
JULIE Equip used to Blind DIXIE GRALEY LASER
ALBUM Levitation imaging AND Equip to take DIXIE GRALEY
+ PARENTS thoughts from her Tapes on office TRAILER
JUDY + Phone + Microphones AND Cameras in TRAILER
STEVE Office. STANLEY CHAPPLE - HORE HOUSE ON
LEWIS LAND Contract Property - DIXIE GRALEY Seller
LESTER
+ DENISE make GRAHAM & GRAHAM (SUE) MARY Brumlow Roger Vest CRIS
ARMSTRONG                                ATTORNEY AYER
MIKE THRESA Vest TONYA Vest FRED AYERS KAREN AYERS AND
O'BRIAN Butch + DARLENE Brown FL CE 8th Oechobee FL BOBBY BRUMLOW ESTATE
JACK                                                       - ESTATE
+ WIFE LOIS Eidllet Ronke VA - PART of Victum of CRIME
PENNY BAR MARGE Schooley John Barnhart Settling Bobby Brumlow
MIKE + WIFE They TRIED to stop ME from       Wife + CARETAKER
ADAMS DIXIE GRALEY Brumlow AM the                        BARN - FURN
SUE + JOHN  ADMINISTRATOR Roger Vest Stole The property + TRAILER
KABASKY MARY Brumlow
RIVER FROM DIXIE GRALEY 9285 S River Rd McConn OH 43756
PICOPOLAY
CENTURY Roger Vest Stole Lowes Boat, TRAILER, MOTOR - OHIO
NAT BANK FROM DIXIE GRALEY AND All Bobby Brumlow Titles + Deeds
ZANESON FRED + KAREN AYERS Stole $80,000 FROM ME DIXIE GRALEY
JANETT      THRESA Vest fix DIXIE GRALEY CREDIT RATING
LARRY MAKE AND GIVE ME $400,000 for DAMAGE
MANN
GREEN BLUE Get All the property + Money BACK for DIXIE GRALEY
ACRES-ROCK OH   to DIXIE GRALEY - MARY Brumlow Never
RIVER VIEW 100,000 GOES                 changed Before Bob - Died
CAMPGROUND CD PATASKIA - Bobby Brumlow - Hirkerville OHIO GOES TO
D+D MARINA GRAVE LOT 102 - 2 GRAVES                    DIXIE GRALEY
FINKS-CAR- CE 8th St Oechobee Property - FURN DIXIE MARY
HARLEY-CAMPERS FLORIDA TRAILER GOES TO DIXIE MARY
PARK                       Never Changed After Bob Died
NAT BANK SUE for Pensions Property 30 Million Dollars - DUNCA
PATA       PROSCUTE TO THE LAW DIXIE GRALEY Brumlow Players Lounge FAHSN
SKLA, OH                                                             OHIO

Sue Graley and Graham to get money back from Linda Talbert I Dixie Graley paid her $1,000 by check and get Bobby Brumlow estate from Probate Court papers - Musk Co Ohio

Sue Proscute to the wall - all those involved - Class Action Lawsuit in Complaint

All Involved - Part of Bobby Brumlow Estate
In Crime - Jack and McClelland - Harry Russell
Paul Russell
Paul James Russell
Paul J Russell
Stanley Chapple was male prostute
Sandy Chapple
Amy Abram
Michelle Gorhee was hore
Betty Tilley
All + Jim involved in Crime
Kala Chambers
Terry - Linda Talbert / Mike Lowe
Margie Schooley + Paul Craig
Stan + Sandy Baer Chapple
Philip Tawnyau
Brock Nace
Mildred Talbert
Paul James Russell
Harry Russell
Gents Hospital
Frank Maple + wife
Homer Maple + wife
Joan Attorney
Higgin Bottom + Son Delporta
Findess Reality Musk Co Oh
Lois Ellliott - Va
Wallmart - Musk Oh
Senior Center Musk Co Oh
Park Nat Bank Oh
Wester + Sothern Ins Oh
Brain Concussion
Hannington Bank
Paul Sharkey
Pic + Save Oh
2 Stores Oh
Zanesville
Susan Harris

Victum of Crime - Dixie Graley Brumlow

Crime and Camera and Internet and illegal activity on the Muskingum River campgrounds and marina. Dixie Graley ownor Also House + Lodge - illegal use of intelligence Equip from Theft of U.S. government equip used to blind Dixie Graley - laser, Levitation imaging and equip to take Dixie Graley thoughts from her. Tapes on office Trailer - Phone and microphones and camers in trailer office. Stanley + Sandy Chapple had a hore house in the land contract property 10200 S River Rd McConnesville Ohio 43756. They used the business property for illegal purpose against Dixie Graley will. They had sex swing parties - Suck on pensis Devil Parties Sex for money for Bingo Devil Worship, - Stanley Chapple + Sandy Chapple + Paul Russell was involved in all the Crime against Dixie triplets Graley Brumlow. - Records Susan Small office Sy Co, Zanesville OH Musk Co Sheriff Dept OH Dr Kalchick - Dr Semple - Zanesville, Ohio

(1) Almost broke both knees hurt back in middle almost broke both feet + hands fell with a gun while tring to keep away from the Crime people - Listed in the (Complaint)

(2) Fell in entrance Uzan Bank - Duncan Falls while working on Bobby Brumlow Ohio Estate - 3 cracks in skull - neck - spine hurt

(3) Senior Center - West Main Zanesville OH Someone dropme + damage my spine - Internal Organs

4. Paul Russell damage my hips - took his knees and shoved on back of legs. while having sex. Dixie Graley Brumlow

No Attorney - Dixie Graley Brumlow
10200 S River Rd McConn, Ohio 43756