UNITED STATES DISTRICT COURT
DISTRICT of Columbia
Clerk of Courts

740-674-6918
DIXIE Graley Brumlow
Plaintiff

VS

Graham + Graham
Law Firm
Defendant

RECEIVED
OCT 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07-1667-RMC
1:07-CV-01667
RMC
Personal Injury
Mal Practice
9/20/2007
DATE Recieved
July 26, 2006
Nancy Mayer Worthington
Clerk
U.S. District Court

MOTION NOT DISMISS AND other MATTERS

I Plaintiff make A MOTION NOT TO DISMISS

I Also never put the same case in the United States Court that was in the Common Pleas Court Musk Co - Ohio This case was Recieved in July 26 2006 in District of Columbia ONE (approximate) year Before the case for Common Pleas Court The Case WAS March 5, 2007 — CA07-0142 JUDGE FLEGGle In the Common Pleas Court Musk Co Ohio There is one year(s) app difference in filing Please Refer To The Complaint.
July 26, 2006 AND March 5, 2007 — for Common Pleas Court Musk Co Ohio
Also Refer To the Defendants Papers
STATUE of LIMITATION DID NOT Run Out,
is NOT the Same Case

no attorney

Respectfully
Sumitted
Dixie Graley Brumlow
DIXIE GRAley Brumlow
10206 S RIVER RD
McConnesville OH 43756