IN The UNITED STATES DISTRICT COURT
DISTRICT of Columbia

DIXIE Graley Brumlow          CASE(1:07-CV-01667-RMC)
Plaintiff

V
GRAHAM + GRAHAM Co              Plaintiff
        LPA
DEFENDANT

**RECEIVED**
OCT 31 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Let this be
Filed.
RMColyer
11/20/07

MOTION NOT TO DISMISS

Plaintiff motion Not To Dismiss
The case In OHIO - Common Pleas Court
Musk Co OHIO - Is Not The Same case
This case Plaintiff DIXIE Graley Brumlow
vs Graham + Graham Co LPA  Recieved
July 26, 2006 - Nancy Mayer Worthing Clerk US
District 1 yr before (OHIO CASE) Filed
9/21/2007 - Recipt No 4616006997 - District of Columbia
The date Recieved Is on The Back of Complaint
Sent To the Court July 26, 2007.
The Court must Look on Back of Complaint

If Plaintiff Failed against in Musk Co Ohio
Common Pleas Court I was Another case
and was Summary judgement and was not
The Same Amount In The New case with
District of Columbia - Refer To Complaint
for jurisdiction - Correct Address - 10206 S River Rd
McConnesville, OH 43756
                    Respectfully Sumitted
                    Dixie Graley Brumlow
                    DIXIE GRALEY BRUMLOW
                    10206 S River RD
                    McConnesville OH 43756

IN The United States District Court
District of Columbia

Dixie Graley Brumlow )   CASE 1:07-CV-01667-RMC
    Plaintiff )
 )
V )
Graham + Graham Co )
    LPA )
    Defendant )
 )

ORDER ON MOTION NOT TO DISMISS

UPON CONSIDERATION of The Motion Not To Dismiss The Defendants motion To Dismiss The Plaintiff Complaint is hereby ORDERED not to Dismiss.

_____
UNITED STATES DISTRICT
        JUDGE

DATED _____