IN The UNITED STATES DISTRICT COURT
DISTRICT of Columbia

DIXIE Graley Brumlow )
    Plaintiff )
           )       CASE: 1:07-CV-01667-
    VS )                       RMC
GRAHAM & GRAHAM Co LPA )
    Defendant )

Let this be filed. R.M. Colly 12/12/07

MOTION NOT TO DISMISS — ANSWER

Plaintiff sent (Lawsuit) Complaint to GRAHAM & GRAHAM LPA Defendant on Sept 24, 2007 (I-Plaintiff sent the green card to the Clerk of Court DISTRICT of Columbia. The Defendant never Respond to the Plaintiff until Oct 15, 2007. This is NOT A Timley manner. The Court said 20 days. Plaintiff says it was 22 days Therefore The Court Should grant The case to Plaintiff AND ~~dismiss~~ Dismiss Defendant Motion To Dismiss.

The DISTRICT of Columbia case of Complaint was Recieved July 26, 2006 Plaintiff DIXIE Graley Brumlow VS GRAHAM & GRAHAM Co LPA - Defendant AND The OHIO case was in March 5, 2007. So the DISTRICT of Columbia case was Recieved Before The OHIO Case. The Court Should deny Defendant's Request AND AWARD The Case TO The Plaintiff for (Untimely filing - Respond By The Defendant. The The Plaintiff Be Awarded Attorneys fees & Cost, What The Court May Deem Just & Proper.

Respectfully Sumitted
Dixie Graley Brumlow
DIXIE Graley Brumlow
10206 S River
McConnesville
OH 43756

RECEIVED
DEC 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT