IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DIXIE GRALEY BRUMLOW, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GRAHAM & GRAHAM CO., LPA, ) <br> ) <br> Defendant. ) | Case: 1:07-cv-01667-RMC |

**DEFENDANT GRAHAM & GRAHAM CO., LPA'S RESPONSE TO PLAINTIFF'S SECOND MOTION NOT TO DISMISS**

COMES NOW Defendant Graham & Graham Co., L.P.A. (the "Firm"), incorrectly named in the Complaint as Graham & Graham, by counsel, and submits this Response in Opposition to Plaintiff's Second Motion Not to Dismiss the Complaint. In support of its Response, the Firm states as follows:

1.  The Plaintiff, Dixie Graley Brumlow ("Plaintiff"), filed her Second Motion Not to Dismiss, which asserts two arguments: (1) that the Firm did not file its response to the Complaint in a timely manner, and (2) that the Complaint was "received July 26, 2006," such that the District of Columbia case was received by the Court before the Ohio case upon which the Firm bases its res judicata argument. Both arguments are without merit and do not raise any new issues or further impact the arguments previously set forth by the Firm in support of its request for dismissal of the Complaint and denial of the Plaintiff's First Motion Not to Dismiss.

2.  The Plaintiff filed the present Complaint with this Court on September 20, 2007. (See Complaint, previously filed herein at Docket Entry No. 1).

3. The Firm was served with the Complaint on September 25, 2007, not September 24, 2007, as is alleged by Plaintiff. (See Return of Service/Affidavit, previously filed herein at Docket Entry No. 2).

4. The Firm timely filed its responsive pleadings on October 15, 2007.

5. A review of the Court's CM/ECF electronic system, as well as the file-stamped pleadings themselves, demonstrates that the Firm has at all times responded in a timely manner.

6. The Plaintiff further argues that her Complaint was actually received by the Clerk of the Court on July 26, 2006, which is the hand-written date on the face of the Complaint. However, the hand-written date on the face of the Complaint is not relevant for purposes of the Firm's res judicata and lack of personal jurisdiction arguments. Furthermore, a review of the date-stamped Complaint clearly shows that the Complaint was docketed by the Clerk of the Court on September 20, 2007. A review of the Civil Cover Sheet shows that Plaintiff herself signed the Civil Cover Sheet and dated it September 20, 2007.

7. The Firm hereby restates and incorporates all arguments as to lack of personal jurisdiction and res judicata previously set forth in the Firm's Motion to Dismiss, Reply to Plaintiff's Opposition to Motion to Dismiss, and Response to Plaintiff's First Motion Not to Dismiss.

WHEREFORE, Defendant Graham & Graham Co., L.P.A. respectfully requests that Plaintiff's Second Motion Not to Dismiss be denied, that the Complaint be dismissed with prejudice, and that it be awarded its attorneys' fees and costs, together with such other and further relief as the Court may deem just and proper.

GRAHAM & GRAHAM CO., LPA


By: _____/s/_____
                    Counsel


Megan S. Ben'Ary (D.C. Bar No. 439340)
LeClairRyan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
703-684-8007
703-684-8075 (facsimile)

Of Counsel:

Charles M. Sims
LeClairRyan, A Professional Corporation
951 East Byrd Street
Eighth Floor
Richmond, Virginia 23219
804-343-5091
804-783-7655 (facsimile)

*Counsel for the Defendant*

**CERTIFICATE OF MAILING**

      I hereby certify that a true copy of the foregoing was mailed, postage prepaid, to the Plaintiff, Dixie Graley Brumlow, 10206 S River Road, McConneslville, Ohio 43756, this 24th day of December, 2007.

                                                      _____/s/_____
                                                      Megan S. Ben'Ary