IN The UNITED STATES DISTRICT COURT
DISTRICT of Columbia

DIXIE GRALEY BRUMLOW
    Plaintiff
    )
    )
V
GRAHAM + GRAHAM CoLPA
    DEFENDANT

CASE 1:07-CV-01667-RMC

PLAINTIFF MOTION NOT TO DISMISS CASE

The Defendant DID not file its Response To The Complaint IN A Timely MATTER. The firm WAS SERVED SEPT 24, 2007 AND DOCUMENT From Post Office enclosed I Plaintiff should Be AWARDED The CASE Because IT WASN'T Responded To WITHIN 20 dAYS. MAILED on Oct 15, 2007. The Complaint WAS Recieved JULY 26, 2006, Filed Sept 20, 2007 The Defendant should not be gRANTED The ComplAINT To be DISMISSED AND The Plaintiff Should Be AWARDED The CASE be cause The defendANT DIDN'T file IN A Timely mATTER. ACCORDING TO The DISTRICT OF Columbia CouRT The PLAINTIFF WINS The CASE. PLAINTIFF should be AWARDED COURT Fees AND ATTORNEY Fees
    no attorney

Respectfully Sumitted
Dixie Graley Brumlow
DIXIE GRALEY BRUMLOW
10206 S RIVER Rd
McCONNESVILLE OH 43756

740-674-6918

**RECEIVED**

DEC 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN The United States District Court
DISTRICT of Columbia
CASE 1: 07-CV-01667-RMC

DIXIE GRaley Brumlow
Recipt for Complaint sent To GRAHAM &
GRAHAM
Sept 24, 2007

