UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DIXIE GRALEY BRUMLOW,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1667 (RMC) |
| ) | |
| **GRAHAM & GRAHAM CO., LPA,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

This matter comes before the Court on Defendant Graham & Graham Co., LPA's ("Graham & Graham") motion to strike Plaintiff's Third Motion "Not to Dismiss." *See* Dkt. #16. As recounted by Defendant Graham & Graham, Plaintiff has filed three separate Motions "Not to Dismiss" in this case's brief history before this Court. The issues raised in Plaintiff Dixie Graley Brumlow's Third Motion "Not to Dismiss" have been fully briefed in previous filings with this Court and are under consideration. In an effort to conserve the resources of Graham and Graham and of this Court, the Court will grant in part Defendant's motion. Accordingly, it is hereby

**ORDERED** that Defendant Graham & Graham Co., LPA's Motion to Strike Plaintiff's Third Motion "Not to Dismiss" [Dkt. #16] is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that Plaintiff Dixie Graley Brumlow's Third Motion "Not to Dismiss" [Dkt. #15] be stricken from the docket; and it is

**FURTHER ORDERED** that Plaintiff Dixie Graley Brumlow is hereby barred from filing any future pleadings which advance the same issues already before this Court; and it is

**FURTHER ORDERED** that Graham and Graham's request for attorneys' fees and costs incurred in replying to duplicate motions filed by the Plaintiff is **DENIED**.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: January 11, 2008