UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DIXIE GRALEY BRUMLOW,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**GRAHAM & GRAHAM CO., LPA,** )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1667 (RMC) |

## ORDER

This matter comes before the Court on Defendant Graham & Graham Co., LPA's ("Graham & Graham") Motion to Dismiss Plaintiff's Complaint. *See* Dkt. #4. For the reasons stated in the Memorandum Opinion filed simultaneously herewith, it is hereby

**ORDERED** that Defendant Graham & Graham Co., LPA's Motion to Dismiss Plaintiff's Complaint [Dkt. #4] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff Dixie Graley Brumlow's (First) Motion "Not to Dismiss," filed October 31, 2007 [Dkt. #10], is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff Dixie Graley Brumlow's (Second) Motion "Not to Dismiss," filed November 20, 2007 [Dkt. #11], is **DENIED**; and it is

**FURTHER ORDERED** that Plaintiff Dixie Graley Brumlow's (Third) Motion "Not to Dismiss," filed December 12, 2007 [Dkt. #13], is **DENIED**.

This is a final appealable order. *See* Fed. R. App. P. 4(a). This case is closed.

**SO ORDERED.**

DATE: May 28, 2008

　　　　　　　　　　　　　　　/s/
ROSEMARY M. COLLYER
United States District Judge